```
Fredom Mortgage/ Loan Care
3637 Sentara Way
Virginia Beach, VA 23452
```